IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 3:16-CR-00006-D |
| | § | |
| JASON DAVON LAURENSON (38 | § | |

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING AND ALL RELATED DEADLINES

COMES NOW, Defendant JASON DAVON LAURENSON, by his counsel, HUGO AGUILAR, and hereby moves this Court for an order continuing sentencing. The interest of justice and judicial economy would be well served by continuing Mr. Laurenson's sentencing hearing. Sentencing is currently scheduled for November 9, 2018. Counsel for Mr. Laurenson was preparing for and in trial on State vs. Luis Muniz Montero F17-57905 during and leading into the week of October 8, 2018 through October 11, 2018. Mr. Laurenson requests that sentencing be delayed for a period of thirty (30) days. He also requests the date for filing sentencing materials be appropriately adjusted as the Court sees fit. Mr. Laurenson certifies that this request is not made for the purpose of delay.

WHEREFORE, JASON DAVON lAURENSON respectfully requests that this Court continue the sentencing date and other deadlines in this matter.

Respectfully submitted,

/s/*Hugo Aguilar*
Hugo Aguilar
1111 W. Mockingbird Ln. 1357
Dallas, Texas 75247
Phone (214) 920-3600
Fax (214) 920-8440
Texas Bar No. 24006740

## **CERTIFICATE OF CONFERENCE**

I, Hugo Aguilar, hereby certify that on October 15th, 2018, I conferred with Assistant U.S. Attorney PJ Meitl regarding the foregoing motion. Mr. Meitl is UNOPPOSED to this Motion.

/s/*Hugo Aguilar*
Hugo Aguilar
Texas Bar No. 24006740

## **CERTIFICATE OF SERVICE**

I, Hugo Aguilar, hereby certify that on October 15th, 2018, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic filing system for the court.

*/s/ Hugo Aguilar*
Hugo Aguilar
Texas Bar No. 24006741