IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:18-CR-06-D |
| VS. | § | |
| | § | |
| JASON DAVON LAURENSON (38), | § | |
| | § | |
| Defendant. | § | |

## ORDER

In order to provide the United States Probation Officer sufficient time to complete the addendum to the ("PSR"), the court extends until February 22, 2019 for the probation officer to disclose the addendum. Objections to the addendum are now due based on the new disclosure date. The court continues the sentencing in this case to Friday, March 15, 2019 at 9:00 a.m.

**SO ORDERED**.

February 21, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE