# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10331
Conference Calendar

D.C. Docket No. 3:18-CR-6-38

United States Court of Appeals
Fifth Circuit

**FILED**
November 14, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JASON DAVON LAURENSON,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before JONES, HIGGINSON, and WILLETT, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.



**A True Copy**
**Certified order issued Dec 06, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**